Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v. **ACKNOWLEDGMENT**

Shawn Joseph Goodine  Case Number: 1:20CR00070-1-JD
Defendant

    I, <u>Shawn Joseph Goodine</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 1-13-21

/s/ Shawn Goodine   *electronically signed after consultation with client and with permission of client - /s/ JSL*
Defendant

/s/ Jeffrey S. Levin
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)